# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3660 PA (JCx) | Date | September 30, 2022 |
|---|---|---|---|
| Title | TK Elevator Corporation, et al. v. HSIN Silk Road Shipping Ltd., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **IN CHAMBERS — COURT ORDER**

In an August 24, 2022 Minute Order, the Court detailed many of the deficiencies in a prior filing, and how counsel for plaintiffs TK Elevator Corporation and Versant Supply Chain, Inc. (collectively "Plaintiffs"), had repeatedly and unnecessarily taxed the Court's limited resources. Among the deficiencies identified in the August 24, 2022 Minute Order was that Plaintiffs' counsel had incorrectly set a motion "for hearing at 10:30 a.m., contrary to the Court's Standing Order, which establishes that motions in civil cases are heard on Mondays at 1:30 p.m." The Court also explained that the prior motion did "not comply with the Order Re Transfer (Docket No. 20), because the documents continue to include the initials of the judicial officers to whom the action was originally assigned instead of the judicial officers currently assigned to the action." The Court warned that "[c]ontinued violations of the Court's Orders, the Federal Rules of Civil Procedure, and the Local Rules, may result in the imposition of sanctions."

Despite identifying these deficiencies, and warning Plaintiffs and their counsel of the possibility of sanctions if their sloppiness and compliance with the Court's Orders, the Federal Rules of Civil Procedure, and the Local Rules did not improve, Plaintiffs have filed a Motion for Default Judgment that continues to use the initials of the prior judicial officers and is incorrectly set for hearing at 1:00 p.m., instead of 1:30 p.m.

As a result of Plaintiffs' counsel's continued violations of the Court's Orders, the Court strikes the Motion for Default Judgment (Docket No. 57) without prejudice to its being re-filed in full compliance with the Court's Orders, the Federal Rules of Civil Procedure, and the Local Rules. The Court additionally orders Plaintiffs' counsel to show cause in writing why they should not be sanctioned in an amount of up to $2,000.00. Plaintiffs' counsel's response to this Order to Show Cause shall be filed by no later than October 7, 2022.

IT IS SO ORDERED.