**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TK ELEVATOR CORPORATION, a Delaware corporation; and VERSANT SUPPLY CHAIN, INC., a Tennessee corporation,<br><br>           Plaintiffs,<br><br>   v.<br><br>HSIN SILK ROAD SHIPPING LTD., a Hong Kong corporation, in personam; and Container Nos. CLHU3555853/HSR212914, CZZU3462597/HSR212943, GESU2314026/HSR212946, GESU2804086/HSR212944, GLDU3259017/HSR212905, GVCU2266044/HSP212913, GVCU2266105/HSR21291, IPXU3334228/HSR21294S, JOLU1203956/HSR212911, MSCU2186020/HSR212919, PCIU2099438/HSR212908, SNBU2239605/HSR212920, TGHU0787001/HSR212915, TGHU3275565/HSR212916, WSDU2167825/HSR212917, YMLU3323309/HSR212918, and their contents, in rem,<br><br>           Defendants. | CV 22-3660 PA (JCx)<br><br>JUDGMENT |

Pursuant to this Court's October 25, 2022 Minute Order granting the Motion for Default Judgment filed by plaintiffs TK Elevator Corporation and Versant Supply Chain, Inc. (collectively "Plaintiffs") against defendant Hsin Silk Road Shipping Ltd. ("HSIN"), and the Court's September 13, 2022 Minute Order entering the default of the in rem defendants, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiffs shall recover from HSIN the amount of $116,724.97; and
2. Plaintiffs shall recover from HSIN their costs of suit; and
3. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment.

DATED: October 25, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE